**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tiffany Pickles and Marion Chavez a/k/a Mario Garcia,
Defendants,

Of whom Tiffany Pickles is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000893

———————————

Appeal From Greenville County
Jessica Ann Salvini, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-269
Submitted July 17, 2024 – Filed July 18, 2024

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Lewis Lesesne Hendricks, Jr., of The Hendricks Firm,
LLC, of Easley, as Guardian ad Litem for Appellant.

Rebecca Rush Wray, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad
Litem for the minor child.

---

**PER CURIAM:**  Tiffany Pickles appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.